[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**
SEP 30 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois

Plaintiff
Henry Nwaete

v.
Austin Akalonu
Chuks Dnonizou

Defendant
Theodore Akalonu
Chidiebere chiege

1:19-cv-06475
Judge Elaine E. Bucklo
Magistrate Judge Sheila M. Finnegan

## COMPLAINT

Title 18, U.S.C., Section 241 – Conspiracy Against Rights.

During the recently concluded Imo State University (IMSU) North America chapter Alumni Elections, held on Saturday September 28th, 2019. It was observed that majority of Eligible Online voters were disenfranchised.

The Election lasted for only Nine (9) minutes, against the One (1) hour duration that was explicitly stipulated on the Electoral Guidelines of the Association. This was just a ploy to influence the outcome of the election in favor of one particular candidate.

The voters Register was also populated with ineligible voters, these are ineligible voters are individuals that do not reside in North America and not registered to the association, and are therefore not supposed to participate in the election. I hereby request for this honorable court to place an injunction on the defendant Chidiebere chieye, refraining him from parading himself as the winner of the election and as Chairman of the association. I also ask that the court should Annul the election, and mandate the association to conduct a rerun for a free and fair election.

09/30/2019

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# Addendum

1.  Title 18, U.S.C., Section 241 - Conspiracy Against Rights.
    Majority of Eligible Online Voters were disenfranchised during the last Imo State University (IMSU) North America Alumni Chapter Elections, which occurred on Saturday September 28th, 2019. The Election lasted for only Nine (9) minutes and this was just an effort to influence the election in favor of one particular candidate, the duration of the Election was against the One (1) hour duration that was explicitly stipulated on the Electoral guidelines. The Voters Register was also filled with ineligible voters, these ineligible voters are individuals that do not reside in North America and are therefore not supposed to participate in the Election. I hereby request for this honorable court to place an Injunction on the Defendant Chidi Chiege, refraining him from parading himself as the Winner of the Election and as Chairman of IMSU North America Alumni, I also ask for the Election to be Annulled given that it was not Free and Fair.

Monday, September 30, 2019 at 10:03:18 AM Central Daylight Time

**Subject:** Screenshot 2019-09-30 at 9.54.11 AM
**Date:** Monday, September 30, 2019 at 9:54:30 AM Central Daylight Time
**From:** Henry Nwaete
**To:** Henry Nwaete



  **IMSU ALUMNI NORTH AM...**
+1 (832) 530-8533 is typing...

secretary.                                              5:53 PM

+1 (832) 530-8533  ~Ihuomachukwu
Give more time for people to assimilate.
                                                        5:54 PM

+1 (646) 643-5951                    ~Obi Akano

+1 (832) 530-8533   ~Ihuomachukwu
Please post the names of those constesting again!

Coming up                                               5:54 PM

+1 (713) 530-4326  ~Theodore Akalo...
VOTING HAS STARTED                                      5:55 PM

Monday, September 30, 2019 at 10:01:18 AM Central Daylight Time

**Subject:** Screenshot 2019-09-30 at 9.55.14 AM
**Date:** Monday, September 30, 2019 at 9:55:32 AM Central Daylight Time
**From:** Henry Nwaete
**To:** Henry Nwaete



 

3 more minutes to end of online voting  6:02 PM

+1 (713) 530-4326 ~Theodore Akalo...
Voting will stop 🛑 in 3 minutes!!!  6:02 PM

Voting will stop 🛑 in 3 minutes!!!  6:03 PM

Voting will stop 🛑 in 2 minutes!!!  6:03 PM

+1 (301) 291-8880 ~!je
I didn't get any code oo  6:04 PM

+1 (713) 530-4326 ~Theodore Akalo...

Monday, September 30, 2019 at 10:01:02 AM Central Daylight Time

**Subject:** Screenshot 2019-09-30 at 9.55.44 AM
**Date:** Monday, September 30, 2019 at 9:56:01 AM Central Daylight Time
**From:** Henry Nwaete
**To:** Henry Nwaete

T-Mobile Wi-Fi    9:55 AM    34%

< 12    IMSU ALUMNI NORTH AM...
+1 (832) 530-8533 is typing...

+1 (713) 530-4326  ~Theodore Akalo...
Voting will stop 🛑 in 1 minutes!!!
6:04 PM

+1 (713) 530-4326  ~Theodore Akalo...

+1 (301) 291-8880    ~!je
I didn't get any code oo

Text with your name
6:04 PM

+1 (760) 912-0762    ~Jude
Voted
How Can we know how many people that caste vote and if every vote was counted?
6:05 PM



Sent from my iPhone

ELECTORAL GUIDELINES FOR IMSU ALUMNI NORTH AMERICA. CHAPTER 2019 ELECTION

These guidelines were developed by the 2019 IMSU ALUMNI Electoral Committee to govern the general conduct of the IMSU ALUMNI NORTH CHAPTER Elections.
Basically, this document will be enforced as outlined by the Alumni Elections Committee.

1. Candidates for any elective position shall be responsible for these regulations provided herein. Ignorance of these regulations shall not be a valid defense in response to any offense in this election, either by the candidates themselves, by individuals or agents campaigning on behalf of a candidate.

2. These regulations are subject to interpretation only by the Alumni Elections Committee and are subject to review and modification only by the Alumni Elections Committee with approval by the General House. No other member of the Alumni Association is authorized to officially interpret the Elections Code.

## The Composition and Duties of the Electoral Committee

The Alumni Elections Committee shall compose of three persons (3) namely: the Chairman, Secretary and Member, and shall conduct the IMSU ALUMNI NORTH AMERICA CHAPTER
elections, and referendum and ratification votes which are provided for by the Chapter Association Constitution if any, in accordance with the provisions of this Elections Code.

## 2019 IMSU Alumni NORTH AMERICA Chapter Elections Guidelines

1. The Alumni IMSU ALUMNI NORTH AMERICA Chapter Elections shall be held on the 28TH of September 2019.

2. Any candidate that intends to contest for any position must be a graduate of Imo state University, Owerri, Nigeria.

3. All candidates and voters must have registered with the IMSU ALUMNI NORTH AMERICA Chapter.

4. All candidates for the respective elective positions must be financially up to date.

5. For a registered member to be eligible to vote, he or she must be financially up to date by midnight September 27th, 2019.

6. Abusive remarks by a candidate or his or her supporters will constitute as grounds for the disqualification of the candidate/supporter involved.

7. The Elections shall be done by secret ballot system as agreed by the general house.

8. Each candidate will be given 3 minutes or more to deliver their respective manifestos as agreed by the general house.

9. Questions directed to the respective Candidates should border on the Alumni Association and is not meant to embarrass or malign the character of any of the prospective candidates.

10. Voting eligibility registration ends at noon Friday September 27th, 2019.

11. All public campaigning would cease by Friday September 27th, 2019 at 12 am.

12. WhatsApp votes would be by open ballot except for the contestants.

13. Voting will start at 4 pm central time and end at 5 pm central time.

14. Eligible voters that are not present during the elections/convection can vote online only with their own registered numbers the WhatsApp group created for the purpose of voting

15. Only the electoral chairman can announce the results.

16. Contestants must be registered and physically present at the venue of election/ convention to contest for any position.

Electoral observers:

1. Chris Anyanwu (President emeritus)
2. Ugochukwu Enweruzo

3. Crespo Chinonso Epuzoaju (Chairman, Imo state University Alumni Abia state chapter)

SIGNED:
Member: Afoma Egboluche
Chairman Electoral Committee: Theodore Akalonu

**Updated Voters Registry with Phone Numbers**

| NAMES | PHONE NUMBERS |
|---|---|
| Adaeze Obioha | 248-325-4618 |
| Adaugo Ekezie | 832-951-1204 |
| Afoma Egboluche | 832-759-0706 |
| Anthony Chinasa Odumukwu | 347-983-3872 |
| Arnold Amonu | 305-905-9945 |
| Austin Akalonu | 281-965-5839 |
| Benson Okereke | 347=593-4956 |
| Bruno Iroanya | 919-670-9941 |
| Cherry Mbama | 706-572-8581 |
| Chidi Chiege | 832-715-8762 |
| Chidi Nwachukwu | 240-481-0437 |
| Chidi Sobiere | 346-762-7776 |
| Chidimma Uwakwe | 240-593-9311 |
| Chiemeka Ezeogu | 646-675-8980 |
| Chike Uwazie | 786-613-1040 |
| Chikodinaka Kanu | 347-257-0193 |
| Chinonso Agbor | 973-687-9959 |
| Chinwe Nwachukwu Nnodim | 562-881-2574 |
| Chinwe Ononuju | 404-287-9448 |
| Chioma Acholonu | 856-357-7854 |
| Chioma Nnorom | 832-955-6954 |
| Chris Acho | 832-744-5784 |
| Chris Ezeala | 234 803-711-4332 /929-353-0929 |
| Chuks Ekweogu | 9293530929 |
| Chuks Ononiwu | 281-846-0326 |
| Chukwuneye Akunaeziri | 832-552-9768 |
| Dozie Obodo | 832-542-4931 |
| Ego Nnabugwu | 214-228-0651 |
| Emeka Akwari | 281-492-4786 |
| Emeka Ebiringa | 832-679-2141 |
| Emeka Ijezie | 346-288-0847 |
| Emma Duru | 346-412-8897 |
| Emmanuel Chikere | 872-235-5785 |
| Ephraim Obiamaukwu | 646-353-3201 |
| Ezinne Olisa | 240-486-6009 |
| Ginika Oforah | 832-692-2879 |
| Henry Nwete | 312-889-8990 |
| Ify Okoroafor | 832-282-4449 |
| Ihuoma Akogu | 832-530-8533 |
| Ijeoma Iwuamadi | 832-782-9885 |
| Ijeoma Ndokwu | 203-550-7515 |
| Ijeoma Okorie Ekeada | 240-548-8027 |
| Ijeoma Whyte | 469-350-3699 |

| Name | Phone |
|---|---|
| Ikechukwu Anozie | 281-760-5462 |
| Ikenna Ekeada | 240-544-8246 |
| Irene Orioha | 713-628-2068 |
| Izunna Ofoma | 832-614-0516 |
| Jane Frances Ujagbo Ofoegbu | 323-617-7360 |
| Jane Okereke | 832-949-4007 |
| Jiwueze Chukwudi | 929-990-7509 |
| Joachin Anyanwu | 215-469-7025 |
| Jonas Onuoha | 559-558-7176 |
| Jude Njoku | 760-912-0762 |
| katherine Allison | 469-720-1000 |
| Kelechi Emenyonu | 862-253-9856 |
| Legachi Nkwocha | 4242978058 |
| Maxwell Ositadinma | 215-909-1695 |
| Michael Duru | 713-517-9466 /234 803-323-4995 |
| Nachi Harrison | 346-219-4575 |
| Nneka Ogoke | 646-236-1013 |
| Obi Akano | 646-643-5951 |
| Odinaka Nwosu | 313-221-0503 |
| Ogechi ibebuaku | 682-556-7856 |
| Ogechi Obijiaku | 617-652-1413 |
| Okafor Chinedu | 281-818-6598 |
| Okey Onyeokoro | 343-987-2573 |
| Prisca Chinyere | 346-412-8529 |
| Rev. Dr. (Mrs) Ogechi Joy Anwukah PHD | 415-666-5990 |
| Rosemary Ezeibekwe | 832-430-9828 |
| Ruphina Nnebedum | 240-374-2906 |
| Sandra Diala | 281-854-5107 |
| Theo Akalonu | 713-530-4326 |
| Tita Obi-Obioha | 973-333-1797 |
| Tony Mkpolulu | 413-426-3831 |
| Uche Nwankwo | 301-820-5990 |
| ugochukwu obioha | 248-778-7217 |
| Uju Anyanwu | 443-857-2601 |
| Uzomah Nwaigwe | 971-407-6107 |
| Victoria Omorodion | 301-806-2702 |

| VOTERS CODE | QUALIFIED YES / NO |
|---|---|
| IHV001 | YES |
| IHV002 | YES |
| IHV003 | YES |
| IHV004 | YES |
| IHV005 | YES |
| IHV006 | YES |
| IHV007 | YES |
| IHV008 | YES |
| IHV009 | YES |
| IHV010 | YES |
| IHV011 | YES |
| IHV012 | YES |
| IHV013 | YES |
| IHV014 | YES |
| IHV015 | YES |
| IHV016 | YES |
| IHV017 | YES |
| IHV018 | YES |
| IHV019 | YES |
| IHV020 | YES |
| IHV021 | YES |
| IHV022 | YES |
| IHV023 | YES |
| IHV024 | YES |
| IHV025 | YES |
| IHV026 | YES |
| IHV027 | YES |
| IHV028 | YES |
| IHV029 | YES |
| IHV030 | YES |
| IHV031 | YES |
| IHV032 | YES |
| IHV033 | YES |
| IHV034 | YES |
| IHV035 | YES |
| IHV037 | YES |
| IHV038 | YES |
| IHV039 | YES |
| IHV040 | YES |
| IHV041 | YES |
| IHV042 | YES |
| IHV043 | YES |
| IHV045 | YES |

| | |
|---|---|
| IHV046 | YES |
| IHV047 | YES |
| IHV048 | YES |
| IHV049 | YES |
| IHV050 | YES |
| IHV051 | YES |
| IHV052 | YES |
| IHV053 | YES |
| IHV054 | YES |
| IHV055 | YES |
| IHV056 | YES |
| IHV057 | YES |
| IHV058 | YES |
| IHV060 | YES |
| IHV061 | YES |
| IHV062 | YES |
| IHV063 | YES |
| IHV065 | YES |
| IHV066 | YES |
| IHV067 | YES |
| IHV068 | YES |
| IHV069 | YES |
| IHV070 | YES |
| IHV071 | YES |
| IHV072 | YES |
| IHV073 | YES |
| IHV074 | YES |
| IHV075 | YES |
| IHV077 | YES |
| IHV078 | YES |
| IHV079 | YES |
| IHV080 | YES |
| IHV081 | YES |
| IHV082 | YES |
| IHV083 | YES |
| IHV084 | YES |

| REMARKS |
|---|
| Present |

Present

Present

Present

Present

Present

Present

Present
Present

Present



Present
Present
Present

Present