Case: 1:19-cv-06475 Document #: 9 Filed: 11/22/19 Page 1 of 1 PageID #:28

FILED
NOV 22 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Case Number: 1:19-CV-06475

Plaintiff: Henry Nwaete

v. Chidiebere Chiege
Austin Akalonu
Chuks Ononiwu

Defendant: Theodore Akalonu

Judge: Elaine E. Bucklo

Magistrate Judge: Sheila M. Finnegan

WITHDRAWAL OF SUIT 1:19-CV-06475

After several consultations and considerations between myself and some of the Executive members and Board of Trustees of the IMSU Alumni North America Chapter, I have decided to withdraw this matter from the Court. This move is to enable the BOT and EXCO to review the matter and find a peaceful resolution to the case.

I hereby ask the honorable Court to consider my request to withdraw this case and allow us settle out of Court.

[signature]
11/22/2019

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]